IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02175-BNB

ROBERT E. STALLINGS,

    Plaintiff,

v.

DAVID LINAM, Associate Warden,
DAVID SHOEMAKER, Lieutenant,
GABRIEL, Captain, and
O'CONNOR, D., Case Manager,
All individually and in their official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -7 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Robert E. Stallings, was a prisoner in the custody of the Colorado Department of Corrections at the correctional facility in Limon, Colorado, when he initiated the instant action, *pro se*, by filing a "Motion for filing in forma pauperis pursuant to 28 U.S.C. 1915" and a prisoner complaint pursuant to 42 U.S.C. § 1983. The Court reviewed the documents and determined they were deficient. In an order filed on September 7, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Stallings to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The September 7 order pointed out that Mr. Stallings failed to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account

statement for the six-month period immediately preceding this filing. The order warned Mr. Stallings that if he failed to cure the designated deficiencies within the time allowed the complaint and the action would be dismissed without prejudice and without further notice.

On September 21, 2010, Mr. Stallings filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper form together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. On October 18, 2010, he was granted leave to proceed pursuant to § 1915 without payment of an initial partial filing fee. On October 25, 2010, he filed a notice of change of address indicating that he no longer was incarcerated. Also on October 25, the copy of the October 18 order mailed to him was returned to the Court stamped "UTF," "Return to Sender," "Not deliverable as addressed," and "Unable to Forward."

On October 27, 2010, the Court entered a minute order directing the Clerk of the Court to remail to Mr. Stallings at his new address a copy of the October 18 order. The minute order noted that Mr. Stallings' new mailing address appeared to indicate that he no longer was incarcerated, directed him to inform the Court within thirty days whether he no longer was incarcerated, and directed him to complete a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 for nonprisoners only if he no longer was incarcerated. The minute order alternatively ordered him to comply with the directives of the October 18 order if he remained incarcerated.

Mr. Stallings has failed within the time allowed to comply with the directives of the October 18 order and October 27 minute order or otherwise to communicate with the

Court in any way. Therefore, the complaint and the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with Court orders.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Robert E. Stallings, within the time allowed, to comply with Court orders and for his failure to prosecute.

DATED at Denver, Colorado, this __7th__ day of _____December_____, 2010.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02175-BNB

Robert E. Stallings
Prisoner No. 136958
c/o Mr. Leath
520 West Colfax Avenue
Colorado Springs, CO 80905

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/7/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk